# SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

**FILED**
JAN 2 5 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) |
| V. | ) **MO12CR0011** |
| | ) |
| 1.) BENJAMIN VALERIANO, a/k/a "Cachitas", | ) [Vio: 21 U.S.C. § 846 - |
| 2.) ENRIQUE QUINONEZ JUAREZ, | ) Conspiracy; |
| 3.) LAURA ALICIA CARRASCO, a/k/a "Queen", | ) 21 U.S.C. § 841(a)(1)- |
| 4.) ADAM J. SEIJAS, a/k/a "El Soldado", | ) Possession with Intent to |
| 5.) VINCENT FLORES, a/k/a "Ceniso", | ) Distribute a Controlled a |
| 6.) ADOLFO PORRAS, a/k/a "El Musico", | ) Substance] |
| 7.) JEFFERY V. GONZALES, a/k/a "El Orejon", | ) |
| 8.) ARMANDO GARDEA, a/k/a "Mandis", | ) |
| 9.) REFUGIA JURADO GAMBOA, a/k/a "La Gordita") | |
| 10.) PAULINE GAMBOA-ROSS, a/k/a "La Gordita", | ) |
| 11.) ROJELIO RAYOS CASTILLO, | ) |
| 12.) TAQUANAN GERROD BERGEN, a/k/a "G", | ) |
| 13.) SAMUEL VAZQUEZ URIAS, | ) |
| 14.) JUAN RAMON ADAME, a/k/a "EL Primazo", | ) |
| 15.) MARTIN GOMEZ, a/k/a "Chato", | ) |
| 16.) MANUEL ARTEMIO TERCERO RUVALCABA, | ) |
|           a/k/a "Roughrider", | ) |
| 17.) MIGUEL ANGEL LARA, a/k/a "Miguelin", | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. § 846]

Beginning on or about January 1, 2009 and continuing until on or about the date of this Indictment in the Western District of Texas, the Northern District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

1.) BENJAMIN VALERIANO, a/k/a "Cachitas",
2.) ENRIQUE QUINONEZ JUAREZ,

3.) LAURA ALICIA CARRASCO, a/k/a "Queen",
4.) ADAM J. SEIJAS, a/k/a "El Soldado",
5.) VINCENT FLORES, a/k/a "Ceniso",
6.) ADOLFO PORRAS, a/k/a "El Musico",
7.) JEFFERY V. GONZALES, a/k/a "El Orejon",
8.) ARMANDO GARDEA, a/k/a "Mandis",
9.) REFUGIA JURADO GAMBOA, a/k/a "La Gordita",
10.) PAULINE GAMBOA-ROSS, a/k/a "La Gordita",
11.) ROJELIO RAYOS CASTILLO,
12.) TAQUANAN GERROD BERGEN, a/k/a "G",
13.) SAMUEL VAZQUEZ URIAS,
14.) JUAN RAMON ADAME, a/k/a "EL Primazo",
15.) MARTIN GOMEZ, a/k/a "Chato",
16.) MANUEL ARTEMIO TERCERO RUVALCABA,
a/k/a "Roughrider", And
17.) MIGUEL ANGEL LARA, a/k/a "Miguelin",

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

Original signed by the foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

/s/ BRANDI YOUNG
BRANDI YOUNG
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 1.) BENJAMIN VALERIANO, JR a/k/a "Cachitas" | | DOB: XXXXXXXXXX |

| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
|---|
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: |
| DEFENSE ATTORNEY:<br>No attorney yet |
| DEFENDANT IS: No bond set - Not arrested |

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

| PROBATION OFFICER: |
|---|
| NAME AND ADDRESS OF SURETY: |
| YOUTH CORRECTIONS ACT APPLICABLE: No |
| PROSECUTION BY: Indictment |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. |
| OFFENSE IS: FELONY |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. |
| PENALTY IS MANDATORY: As stated above. |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:922451DB4 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 2) ENRIQUE QUINONEZ JUAREZ | | DOB: |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 3.) LAURA ALICIA CARRASCO, a/k/a "Queen" | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>Mr. E. Jason Leach<br>Attorney at Law<br>3800 East 42nd Street, #605<br>Odessa, Texas 79762 | | |
| DEFENDANT IS: Detained | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 184589CC4 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:4.) ADAM J. SEIJAS, a/k/a "El Sodado" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No   LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 621519NC1 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:5.) Vincent Flores, a/k/a "Ceniso" | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 706241KA5 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:6.) ADOLFO ACOSTA PORRAS, a/k/a "El Musico" | | DOB: XXXXXXXXXX |

| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
|---|
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: |
| DEFENSE ATTORNEY:<br>No attorney yet |
| DEFENDANT IS: No bond set - Not arrested |

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

| PROBATION OFFICER: |
|---|
| NAME AND ADDRESS OF SURETY: |
| YOUTH CORRECTIONS ACT APPLICABLE: No |
| PROSECUTION BY: Indictment |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. |
| OFFENSE IS: FELONY |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. |
| PENALTY IS MANDATORY: As stated above. |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 732267JB6 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 7.) JEFFREY V. GONZALES, a/k/a "Orejon" | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR011

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:8.) ARMANDO GARDEA, a/k/a "Mandis" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA   INTERPRETER NEEDED No   LANGUAGE:

DEFENSE ATTORNEY:
Mr. Joseph (Sib) Abraham
Third Floor - Toltec Building
717 E. San Antonio Street
El Paso, Texas 79901-2520

DEFENDANT IS: Detained

| DATE OF ARREST: | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:824659TB6 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:9.) REFUGIA JURADO GAMBOA,a/k/a "La Gordita" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
Mr. Brent A. Morgan
Attorney at Law
415 W. Wall, #209
Midland, Texas

DEFENDANT IS: Detained

| DATE OF ARREST: | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX | | MO12CR0011 UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:228858DB7 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:10.)PAULINE GAMBOA-ROSS, a/k/a "La Gordita" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
Mr. David Guinn
Attorney at Law
1703 Avenue K
Lubbock, Texas 79401

DEFENDANT IS: Detained

| DATE OF ARREST: | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 817723NA5 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:11.)ROJELIO RAYOS CASTILLO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA       INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 926549XA4 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT:12.) TAQUANAN GERROD BERGEN, a/k/a "G" | | DOB: XXXXXXXXXX |

| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
|---|
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: |
| DEFENSE ATTORNEY:<br>No attorney yet |
| DEFENDANT IS: No bond set - Not arrested |

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

| PROBATION OFFICER: |
|---|
| NAME AND ADDRESS OF SURETY: |
| YOUTH CORRECTIONS ACT APPLICABLE: No |
| PROSECUTION BY: Indictment |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. |
| OFFENSE IS: FELONY |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. |
| PENALTY IS MANDATORY: As stated above. |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: 76082PC6 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 13) SAMUEL VAZQUEZ URIAS | | DOB: ▮▮▮ |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:965874W5 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 14) JUAN RAMON ADAME a/k/a "EL PRIMAZO" | | DOB: XXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |

**DEFENSE ATTORNEY:**
No attorney yet

**DEFENDANT IS:** No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

**PROBATION OFFICER:**

**NAME AND ADDRESS OF SURETY:**

**YOUTH CORRECTIONS ACT APPLICABLE:** No

**PROSECUTION BY:** Indictment

**OFFENSE (Code and Description):** Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

**OFFENSE IS:** FELONY

**MAXIMUM SENTENCE:** Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

**PENALTY IS MANDATORY:** As stated above.

**REMARKS: AGENT:**
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:609327XB8 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 15) MARTIN GOMEZ a/k/a "CHATO" | | DOB: XXXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO12CR011**

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #:811824XA7 |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 16) MANUEL ARTEMIO TERCERO RUVALCABA | | DOB: XXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>No attorney yet | | |
| DEFENDANT IS: No bond set - Not arrested | | |
| DATE OF ARREST: Not arrested | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>Justin Olberding, S/A<br>Drug Enforcement Administration<br>1004 N. Big Spring Street, Suite 225<br>Midland, Texas 79701<br>432-686-4085 ofc<br>432-686-4090 fax | | |

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO12CR0011

| | | |
|---|---|---|
| SEALED: XX | | UNSEALED: |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Jan. 25, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: , MO-12-CR- | ASSISTANT U.S. ATTORNEY: BRANDI YOUNG | |
| DEFENDANT: 17.) MIGUEL ANGEL LARA a/k/a "MIGUELIN" | | DOB: XXXXXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax