

**SEALED**

FILED

AUG 2 2 2012

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.) **BENAJAMIN VALERIANO, a/k/a "Cachitas"**
5.) **VINCENT FLORES, a/k/a "Ceniso"**
6.) **ADOLFO PORRAS, a/k/a "El Musico"and "FITO"**
8.) **ARMANDO GARDEA, a/k/a "Mandis"**
11.) **ROJELIO RAYOS CASTILLO**
12.) **TAQUANAN GERROD BERGEN, a/k/a "G"**
13.) **SAMUEL VAZQUEZ URIAS**
14.) **JUAN RAMON ADAME, a/k/a "El Primazo"**
18.) **HECTOR MIGUEL SANCHEZ aka "Miguelin"**
20.) **LUIS ENRIQUE LONGORIA aka "Toro"and "Torito"**
21.) **JUAN CARLOS LONGORIA aka "Conejo"**
25.) **BERNARDO BORUNDA**
26.) **BALTAZAR MENDOZA**
27.) **EDWARD LEE GARCIA aka "Eduardo Garcia"**
28.) **BRENDA PATRICIA LEVARIO**
29.) **GONZALO RAMON**
30.) **NEMICIO RAMON**
31.) **ALDO CARRASCO**
32.) **LEOPOLDO ANCHONDO-GARCIA**
33.) **MORAYMA ARMENDARIZ-AGUILAR**
34.) **STEVEN CASTILLO**
35.) **JOSE URIAS**
36.) **ARMANDO PANTOJA**

        **Defendants.**

**CRIM. NO. MO-12-CR-0011**

### SECOND SUPERSEDING INDICTMENT

**[SEALED]**

**CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Cocaine);
**CT 2:** 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Cocaine);
**CT 3:** 21: 959- Manufacture or Distribute a Controlled Substance Extra-territorial;
**CT 4:** 18:1956(a)(2)(A)- Laundering of Monetary Instruments;
**CT 5:** 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking;
**CT 6:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);
**CT 7:** 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana)
**CT 8:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance (Marijuana);
**CT 9:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance (Marijuana)

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. § 846]**

Beginning on or about January 1, 2003 and continuing until on or about the date of this Indictment in the Western District of Texas, the Northern District of Texas the Republic of Mexico, and elsewhere, the Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**5.) VINCENT FLORES, a/k/a "Ceniso"**
**6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
**8.) ARMANDO GARDEA, a/k/a "Mandis",**
**11.) ROJELIO RAYOS CASTILLO,**
**12.) TAQUANAN GERROD BERGEN, a/k/a "G",**
**13.) SAMUEL VAZQUEZ URIAS,**
**14.) JUAN RAMON ADAME, a/k/a "El Primazo",**
**18.) HECTOR MIGUEL SANCHEZ aka "Miguelin",**
**27.) EDWARD LEE GARCIA aka Eduardo Garcia**
**28.) BRENDA PATRICIA LEVARIO**
**35.) JOSE URIAS**

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A), in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
**(21 U.S.C. §§ 952(a) & 960(a)(1) & 960(b)(1)(B))**

That beginning on or about January 1, 2003, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**5.) VINCENT FLORES, a/k/a "Ceniso"**
**6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
**8.) ARMANDO GARDEA, a/k/a "Mandis",**
**11.) ROJELIO RAYOS CASTILLO,**
**12.) TAQUANAN GERROD BERGEN, a/k/a "G",**
**13.) SAMUEL VAZQUEZ URIAS,**
**14.) JUAN RAMON ADAME, a/k/a "El Primazo",**
**18.) HECTOR MIGUEL SANCHEZ aka "Miguelin",**
**27.) EDWARD LEE GARCIA aka Eduardo Garcia**
**28.) BRENDA PATRICIA LEVARIO**
**35.) JOSE URIAS**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B).

### COUNT THREE
### (21 U.S.C. § 959)

That beginning on or about January 1, 2008, and continuing through and including the date of this indictment, in the Republic of Mexico and elsewhere, Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**5.) VINCENT FLORES, a/k/a "Ceniso"**
**6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
**18.) HECTOR MIGUEL SANCHEZ aka "Miguelin",**
**20.) LUIS ENRIQUE LONGORIA aka "Toro"and "Torito",**
**21.) JUAN CARLOS LONGORIA aka "Conejo",**

3

knowingly, intentionally, and unlawfully distributed 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959.

### COUNT FOUR
(18 U.S.C. §1956(a)(2)(A) & (h))

That beginning on or about January 1, 2009, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

1.) **BENAJAMIN VALERIANO, a/k/a "Cachitas",**
5.) **VINCENT FLORES, a/k/a "Ceniso"**
6.) **ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
8.) **ARMANDO GARDEA, a/k/a "Mandis",**
14.) **JUAN RAMON ADAME, a/k/a "El Primazo",**
18.) **HECTOR MIGUEL SANCHEZ aka "Miguelin",**
20.) **LUIS ENRIQUE LONGORIA aka "Toro","Torito"**
21.) **JUAN CARLOS LONGORIA aka "Conejo"**
29.) **GONZALO RAMON**
31.) **ALDO CARRASCO**
32.) **LEOPOLDO ANCHONDO-GARCIA**
34.) **STEVEN CASTILLO**
35.) **JOSE URIAS**
36.) **ARMANDO PANTOJA**

did knowingly conspire with others known and unknown to the Grand Jury to transport and transfer and attempt to transport and transfer monetary instruments and funds from a place inside the United States to a place outside the United States, that is the Republic of Mexico, with the intent to promote the carrying on of a specified unlawful activity, that is Conspiracy to Possess with the intent to Distribute a Controlled Substance, in violation of Title 18, United States Code,

4

Section 1956(a)(2)(A) and (h).

## COUNT FIVE
### (18 U.S.C. §§ 924(o))

Beginning on or about January 1, 2009, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
**14.) JUAN RAMON ADAME, a/k/a "El Primazo",**
**18.) HECTOR MIGUEL SANCHEZ aka "Miguelin",**

knowingly combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is, the **DEFENDANTS** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three, Four, Five and Six of this Second Superseding Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1).

## COUNT SIX
### [21 U.S.C. § 846, 841(a)(1) and 841 (b)(1)(A)(vii)]

Beginning on or about June 1, 1997 and continuing until on or about the date of this Indictment in the Western District of Texas, the Northern District of Texas the Republic of Mexico, and elsewhere, the Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**5.) VINCENT FLORES, a/k/a "Ceniso"**
**6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",**
**8.) ARMANDO GARDEA, a/k/a "Mandis",**
**11.) ROJELIO RAYOS CASTILLO,**
**12.) TAQUANAN GERROD BERGEN, a/k/a "G",**
**13.) SAMUEL VAZQUEZ URIAS,**
**14.) JUAN RAMON ADAME, a/k/a "El Primazo",**
**18.) HECTOR MIGUEL SANCHEZ aka "Miguelin",**
**20.) LUIS ENRIQUE LONGORIA aka "Toro","Torito"**

21.) JUAN CARLOS LONGORIA aka "Conejo"
25.) BERNARDO BORUNDA
26.) BALTAZAR MENDOZA
27.) EDWARD LEE GARCIA aka Eduardo Garcia
28.) BRENDA PATRICIA LEVARIO
29.) GONZALO RAMON
30.) NEMICIO RAMON
31.) ALDO CARRASCO
32.) LEOPOLDO ANCHONDO-GARCIA
33.) MORAYMA ARMENDARIZ-AGUILAR
34.) STEVEN CASTILLO
36.) ARMANDO PANTOJA

did combine, conspire, confederate and agree together and with each other and others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT SEVEN
### (21 U.S.C. §§ 952(a) & 960(a)(1) & 960(b)(1)(G))

That beginning on or about June 1, 1997, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",
6.) ADOLFO PORRAS, a/k/a "El Musico"and "FITO",
8.) ARMANDO GARDEA, a/k/a "Mandis",
20.) LUIS ENRIQUE LONGORIA aka "Toro","Torito"
21.) JUAN CARLOS LONGORIA aka "Conejo"
25.) BERNARDO BORUNDA
26.) BALTAZAR MENDOZA
27.) EDWARD LEE GARCIA aka Eduardo Garcia
28.) BRENDA PATRICIA LEVARIO
29.) GONZALO RAMON
30.) NEMICIO RAMON
31.) ALDO CARRASCO

6

**32.) LEOPOLDO ANCHONDO-GARCIA**
**33.) MORAYMA ARMENDARIZ-AGUILAR**
**34.) STEVEN CASTILLO**
**36.) ARMANDO PANTOJA**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico, with intent to distribute same, contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT EIGHT
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about June 22, 2010, in the Western District of Texas, Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**20.) LUIS ENRIQUE LONGORIA aka "Toro","Torito"**
**21.) JUAN CARLOS LONGORIA aka "Conejo"**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT NINE
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about August 31, 2010, in the Western District of Texas, Defendants,

**1.) BENAJAMIN VALERIANO, a/k/a "Cachitas",**
**25.) BERNARDO BORUNDA**
**26.) BALTAZAR MENDOZA**

7

knowingly and intentionally possessed with intent to distribute a controlled substance, which

offense involved a mixture or substance containing a detectable amount of marijuana, a Schedule I

Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

### I.
### Violations and Forfeiture Statutes Relating to Drugs
**[Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), 846, 952, 959, 960(a)(1) and 960(b)(1)(B), subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2) and 970]**

As a result of the foregoing criminal violations set forth in Counts One through Three, and

Six through Nine, which are punishable by imprisonment for more than one year, the United States

gives notice that it intends to forfeit certain property from the Defendants charged with said

offenses. Said Defendants shall forfeit all right, title, and interest in said property to the United

States, pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (2), which state:

> **Title 21 U.S.C. § 853.**
> (a) Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law –
> > **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> > **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; ...

This Notice of Demand for Forfeiture includes but is not limited to the following:

A.  All right, title, and interest of Defendant JUAN RAMON ADAME in certain property, namely:

2000 Toyota Tundra SR5 Truck, VIN 5TBRT3415YS020510, and

2001 Ford F250 Super Duty Truck, VIN 1FTNW21F61EC64122.

8

## II.
## Violations and Forfeiture Statutes Relating to Money Laundering
### [Title 18 U.S.C. §§ 1956(a)(2)(A) and (h), subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]

As a result of the foregoing criminal violation set forth in Count Four, which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit certain property from the Defendants charged with said offense. Said Defendants shall forfeit all right, title, and interest in said property to the United States, pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 982(a)(1), which states:

> **Title 18 U.S.C. § 982.**
> **(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of section . . . 1956, . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture seeks the forfeiture of any and all property, real and personal, involved in such offense, and any property traceable to such property.

## III.
## Violations and Forfeiture Statutes Relating to Firearms
### [Title 18 U.S.C. § 924(o), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violation set forth in Count Five, for a violation of Title 18 U.S.C. § 924(o), which is punishable by imprisonment for more than one year, the United States gives notice that it intends to forfeit certain property from the Defendants charged with said offense. Said Defendants shall forfeit all right, title, and interest in said property to the United States pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

**Title 18 U.S.C. § 924**

**(d)(1)** Any firearm or ammunition involved in or used in any knowing violation   of . . . section 924, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

A.     All right, title, and interest of Defendant ARMANDO GARDEA in certain property, namely:

Taurus PT1911, .38 Super, Serial No. LCM79973.

B.     All right, title, and interest of Defendant JUAN RAMON ADAME in certain property, namely:

Sig Sauer SP2022 Pistol, Serial No. SP0167077.

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITES STATES ATTORNEY

RUSSELL D. LEACHMAN
Assistant United States Attorney.

**Sealed**

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 1) BENJAMIN VALERIANO, JR a/k/a "Cachitas" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description):  **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.  **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance.  **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial.  **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments.  **Ct. 5** - 18 USC 924(o) - Conspiracy to Possess Firearms in Furtherance of Drug Trafficking.  **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.  **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).  **Ct. 8** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).  **Ct. 9** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  **Cts. 1 - 3, 6, 7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.  **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.  **Ct. 5** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; and fine not to exceed $250,000; and a mandatory special assessment.  **Cts. 8, 9** - Not more than 5 years imprisonment; a 2 year mandatory minimum term of supervised release; a fine of $250,000; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SEALED:  UNSEALED:  XX

| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
|---|---|---|
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

| DEFENDANT: 5) VINCENT FLORES, a/k/a "CENISO" | DOB:  XXXXXXXXXX |
|---|---|

ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY: STEVE HERSHBERGER

DEFENDANT IS: DETAINED WITHOUT BOND

| DATE OF ARREST: 3 FEB 2012 | BENCH WARRANT:  XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding  Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Cts. 1 - 3, 6**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

**Sealed**

| | | |
|---|---|---|
| SEALED: XX          UNSEALED: | | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 6) ADOLFO PORRAS, a/k/a "EL MUSICO" and FITO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA          INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 5** - 18 USC 924(o) - Conspiracy to Possess Firearms in Furtherance of Drug Trafficking. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1 - 3, 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Ct. 5** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; and fine not to exceed $250,000; and a mandatory special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED:   UNSEALED: XX | | |
| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 8) ARMANDO GARDEA, a/k/a  "MANDIS" | | DOB:  XXXXXXXXXX |
| ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: THOMAS CARTER | | |
| DEFENDANT IS: DETAINED WITHOUT BOND | | |
| DATE OF ARREST: 3 FEB 2012 | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY: Second Superseding Indictment | | |

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Cts. 1,2,6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: UNSEALED: XX | | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 11) ROJELIO RAYOS CASTILLO | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: LUIS CHAVEZ | | |
| DEFENDANT IS: ON 20,000.00 WITH 5% DEPOSIT AND ONE SURETY | | |
| DATE OF ARREST: 3 FEB 2012 | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Second Superseding Indictment | | |

OFFENSE (Code and Description):  **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: UNSEALED: XX | | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 12) TAQUANAN GERROD BERGEN, a/k/a "G" | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY: RICHARD ALVARADO

DEFENDANT IS: DETAINED WITHOUT BOND

| | |
|---|---|
| DATE OF ARREST: 2 FEB 2012 | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.  **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance.  **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: UNSEALED: XX | | |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 13) SAMUEL VAZQUEZ URIAS | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: David Rogers | | |
| DEFENDANT IS: DETAINED WITHOUT BOND | | |
| DATE OF ARREST: 2 FEB 2012 | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Second Superseding  Indictment | | |

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SEALED: UNSEALED: XX

| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
|---|---|---|
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

DEFENDANT: 14) JUAN RAMON ADAME, a/k/a "EL PRIMAZO"     DOB: XXXXXXXXXX

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY: RAY VELARDE

DEFENDANT IS: DETAINED WITHOUT BOND

DATE OF ARREST: 2 FEB 2012     BENCH WARRANT: XXX

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 5** - 18 USC 924(o) - Conspiracy to Possess Firearms in Furtherance of Drug Trafficking. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Ct. 5** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; and fine not to exceed $250,000; and a mandatory special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# SEALED

### PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| SEALED: XX | UNSEALED: |
|---|---|

| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
|---|---|---|
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

| DEFENDANT: 18) HECTOR MIGUEL SANCHEZ, a/k/a "MIGUELIN" | DOB: XXXXXXXXXX |
|---|---|

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance.  **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance.  **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial.  **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments.  **Ct. 5** - 18 USC 924(o) - Conspiracy to Possess Firearms in Furtherance of Drug Trafficking.  **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Cts. 1-3, 6**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.  **Ct. 5**  - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; and fine not to exceed $250,000; and a mandatory special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

SEALED

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SEALED: XX  UNSEALED: | | |
| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 20) LUIS ENRIQUE LONGORIA aka TORO aka TORITO | | DOB: XXXXXXXXXX |

ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA      INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:

DEFENDANT IS: DETAINED WITHOUT BOND

| | |
|---|---|
| DATE OF ARREST: Not Arrested | BENCH WARRANT: Yes |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding  Indictment

OFFENSE (Code and Description): **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.  **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana). **Ct. 8** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 3, 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Ct 8** - Not more than 5 years imprisonment; a 2 year mandatory minimum term of supervised release; a fine of $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

**SEALED**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX  UNSEALED: | | |
|---|---|---|
| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

DEFENDANT: 21) JUAN CARLOS LONGORIA aka CONEJO          DOB:  XXXXXXXXXX

ADDRESS:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:

DEFENDANT IS: DETAINED WITHOUT BOND

DATE OF ARREST: Not Arrested          BENCH WARRANT: Yes

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding  Indictment

OFFENSE (Code and Description): **Ct. 3** - 21 USC 959 - Manufacture or Distribute a Controlled Substance Extra-territorial. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana). **Ct. 8** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 3, 6, 7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Ct. 8** - Not more than 5 years imprisonment; a 2 year mandatory minimum term of supervised release; a fine of $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

# Sealed

PERSONAL DATA SHEET

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX  UNSEALED: | | |
| COUNTY: Midland | DIVISION:  MIDLAND/ODESSA | JUDGE:  JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

**DEFENDANT:** 25) BERNARDO BORUNDA          **DOB:** XXXXXXXXXX

**ADDRESS:** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**CITIZENSHIP:** USA          INTERPRETER NEEDED No  LANGUAGE:

**DEFENSE ATTORNEY:**

**DEFENDANT IS:** DETAINED WITHOUT BOND

**DATE OF ARREST:** Not Arrested          **BENCH WARRANT:** Yes

**PROBATION OFFICER:**

**NAME AND ADDRESS OF SURETY:**

**YOUTH CORRECTIONS ACT APPLICABLE:**  No

**PROSECUTION BY:** Second Superseding  Indictment

**OFFENSE (Code and Description):** **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.  **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana). **Ct. 9** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).

**OFFENSE IS:  FELONY**

**MAXIMUM SENTENCE:** **Cts 6-7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 9** - Not more than 5 years imprisonment; a 2 year mandatory minimum term of supervised release; a fine of $250,000; and a mandatory $100 special assessment.

**PENALTY IS MANDATORY:**  As stated above.

**REMARKS: AGENT:**
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: UNSEALED:   XX | | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 26) BALTAZAR MENDOZA | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY: Kevin Acker

DEFENDANT IS: DETAINED WITHOUT BOND

| | |
|---|---|
| DATE OF ARREST: 5/31/2012 | BENCH WARRANT: NO |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana). **Ct. 9** - 21 USC 841(a)(1) & 841(b)(1)(D) - Possession with Intent to Distribute a controlled substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts 6-7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 9** - Not more than 5 years imprisonment; a 2 year mandatory minimum term of supervised release; a fine of $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc
432-686-4090 fax

**Sealed**

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO: MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 27) EDWARD LEE GARCIA aka Eduardo Garcia | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6, 7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX | UNSEALED: | |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 28) BRENDA PATRICIA LEVARIO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2, 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: XXXXXXXXXXXX |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 29) GONZALO RAMON | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments.  **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana.  **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.  **Cts. 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: xxxxxxxxxxxxxx |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 30) NEMICIO RAMON | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #:xxxxxxxxxxxxxx |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 31) ALDO CARRASCO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST:  Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Cts. 6, 7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: XXXXXXXXXXXX |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 32) LEOPOLDO ANCHONDO-GARCIA | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA　　　INTERPRETER NEEDED No　LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST: Not arrested | BENCH WARRANT: XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): Ct. 4 - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. Ct. 6 - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. Ct. 7 - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 4 - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. Cts. 6, 7: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SEALED: XX | UNSEALED: |

| | | |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |

| | |
|---|---|
| DEFENDANT: 33) MORAYMA ARMENDARIZ-AGUILAR | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA        INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Cts. 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: XXXXXXXXXXXX |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 34) STEVEN CASTILLO | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Ct. 4 -** Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment.  **Cts. 6, 7:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: XXXXXX |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 35) JOSE URIAS | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA          INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 1** - 21 USC 846 - Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine, a Schedule II Controlled Substance. **Ct. 2** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(B) - Conspiracy to Import with Intent to distribute a Controlled Substance. **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: **Cts. 1, 2:** A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count. **Ct. 4 -** Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax

**Sealed**

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: XX | UNSEALED: | |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: August 22, 2012 | MAG CT #: N/A | FBI #: |
| CASE NO:MO-12-CR-011 | ASSISTANT U.S. ATTORNEY: RUSSELL LEACHMAN | |
| DEFENDANT: 36) ARMANDO PANTOJA | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
No attorney yet

DEFENDANT IS: No bond set - Not arrested

| | |
|---|---|
| DATE OF ARREST:  Not arrested | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY: Second Superseding Indictment

OFFENSE (Code and Description): **Ct. 4** - 18 USC 1956(a)(2)(A)&(h) - Laundering of Monetary Instruments. **Ct. 6** - 21 USC 846 - Conspiracy to possess a controlled substance with intent to distribute Marijuana. **Ct. 7** - 21 USC 952(a), 960(a)(1) & 960(b)(1)(G) - Conspiracy to Import with Intent to distribute a Controlled Substance (Marijuana).

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **Ct. 4** - Not more than 20 years imprisonment; a 3 year mandatory minimum term of supervised release; a fine of $500,000 or twice value of monetary instrument; and a mandatory $100 special assessment. **Cts. 6, 7**: A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment, as to each count.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Justin Olberding, S/A
Drug Enforcement Administration
1004 N. Big Spring Street, Suite 225
Midland, Texas 79701
432-686-4085 ofc/ 432-686-4090 fax